IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN GRAY                                                               PLAINTIFF

v.                          Civil No.  4:16-cv-04021

SERGEANT McCLURE; SERGEANT
D. FLOYD, Maintenance; SHERIFF RON
STOVALL, Miller County, Arkansas; WARDEN
M. BRAZELL; SERGEANT M. MOON; and
L. MAULDIN, Kitchen Supervisor                              DEFENDANTS

## ORDER

       Plaintiff Kelvin Gray submitted an *in forma pauperis* (IFP) application.  Plaintiff's certificate regarding his prison account indicates that his total deposits for the last six months have been $10,317.36, with an average monthly balance of $1,719.56.  Plaintiff does not list anyone as being dependent on him for support.

       The IFP application is **DENIED.**  Plaintiff is given until March 28, 2016, to pay the filing fee of $400.00.  If Plaintiff fails to pay the fee by that date, this case will be dismissed without prejudice.

       IT IS SO ORDERED, this 14th day of March, 2016.

                                                                           /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Court