IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN GRAY                                                                                          PLAINTIFF

v.                                            Civil No. 4:16-cv-04021

SERGEANT McCLURE; SERGEANT
D. FLOYD, Maintenance; SHERIFF RON
STOVALL, Miller County, Arkansas; WARDEN
M. BRAZELL; SERGEANT M. MOON; and
L. MAULDIN, Kitchen Supervisor                                                          DEFENDANTS

## ORDER

Plaintiff Kelvin Gray submitted an *in forma pauperis* ("IFP") application on March 4, 2016. ECF No. 2. The Court denied the application on March 14, 2016. ECF No. 5. Plaintiff was given until March 28, 2016 to pay the filing fee of $400.00 and was informed that if he failed to pay the fee by that date, this case would be dismissed without prejudice. ECF No. 5. Plaintiff has not paid the filing fee. Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**, this 14th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge