IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN GRAY                                                                                          PLAINTIFF

v.                                             Civil No. 4:16-cv-04021

SERGEANT McCLURE; SERGEANT
D. FLOYD; SHERIFF RON
STOVALL, WARDEN M. BRAZELL;
SERGEANT M. MOON; and
L. MAULDIN, Kitchen Supervisor                                                              DEFENDANTS

## ORDER

Plaintiff Kelvin Gray originally filed this 42 U.S.C. § 1983 action *pro se* on March 4, 2016. ECF No. 1.  Currently before me is Plaintiff's Motion for Entry of Default.  ECF No. 18.

Plaintiff incorrectly alleges in his Motion that Defendants failed to answer Plaintiff's Complaint.  Defendants timely filed their Answer to the Complaint on November 8, 2016.  ECF No. 13.  Accordingly, Plaintiff's Motion for Entry of Default (ECF No. 18) is **DENIED.**

**The Clerk is DIRECTED to mail a copy of Defendants' Answer (ECF No. 13) to Plaintiff.**

**IT IS SO ORDERED this 6th day of December 2016.**

                                             /s/ Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             UNITED STATES MAGISTRATE JUDGE