IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KELVIN GRAY                                                               PLAINTIFF

v.                     Civil No. 4:16-cv-04021

SERGEANT McCLURE; SERGEANT
D. FLOYD; SHERIFF RON
STOVALL, WARDEN M. BRAZELL;
SERGEANT M. MOON; and
L. MAULDIN, Kitchen Supervisor                                DEFENDANTS

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 26) is hereby **GRANTED,** and the above styled case is **DISMISSED WITH PREJUDICE**.

DATED this 14th day of February, 2018.

                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             United States District Judge